United States District Court
Southern District of Texas
**ENTERED**
November 29, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ROBERT HACK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:14-CV-03442** |
| § | |
| **THEODORE M. WRIGHT**, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court was advised that Richard A. Dohn's appeal has been withdrawn. Accordingly, Derivative Action Plaintiffs' Motion for Appeal Bond (Doc. 207) is **DISMISSED** as **MOOT**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on November 28, 2022.

_____
Keith P. Ellison
United States District Judge